1  Evan A. Raynes (164447)
   Symbus Law Group, LLC
2  1425 K Street, N.W., Suite 350
   Washington, D.C. 20005
3  Phone:  202-258-0652
   Fax:  540-518-9037
4  Email:  eraynes@symbus.com

5  Counsel for Plaintiff
   CERTIFY GLOBAL LLC
6
7  Lori F. Mayall (261041)
   Cooley LLP
8  3175 Hanover Street
   Palo Alto, California 94304-1130
9  Phone:  650-843-5130
   Fax:  650-849-7400
10 Email:  lmayall@cooley.com

11 Counsel for Plaintiff
12 CERTIFY DATA SYSTEMS, INC.

13            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                 SAN JOSE DIVISION
15

| | |
|---|---|
| Certify Global LLC, | |
| Plaintiff, | Case No. 3:13-cv-04799-MEJ |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| Certify Data Systems, Inc., | |
| Defendant. | |

22

23      WHEREAS, Plaintiff filed a declaratory judgment action against Defendant on October 16,

24 2013, alleging non-infringement of Defendant's trademarks; and

25      WHEREAS, the parties have reached a settlement of their dispute and agree to this

26 Stipulation and [Proposed] Order of Dismissal With Prejudice;

27      NOW, THEREFORE, the parties stipulate as follows and the Court enters the following

28 order pursuant to the parties' stipulation:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:13-cv-04799-MEJ

1

1.  This Court has jurisdiction over this action and the parties to this action and will have exclusive jurisdiction over any action for breach of the parties' settlement agreement.

2.  Each party will bear its own fees, costs, and expenses in connection with this action.

3.  Except as otherwise provided in this document, this action is dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated:  December  17, 2013          Symbus Law Group, LLC

                                    By:  /s/ Evan A. Raynes
                                         Evan A. Raynes

                                         Counsel for Plaintiff
                                         CERTIFY GLOBAL LLC

Dated:  December  16 , 2013         Cooley LLP

                                    By:  /s/ Lori F. Mayall
                                         Lori F. Mayall

                                         Counsel for Plaintiff
                                         CERTIFY DATA SYSTEMS, INC.

**IT IS SO ORDERED.**

Dated:  December  17, 2013

                                    _____
                                    MARIA-ELENA JAMES
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 3:13-cv-04799-MEJ